FILED
U.S. DISTRICT COURT
SO. DIV.
2008 JAN -7 PM 2:53
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BENJAMIN SINGLETON,

    Plaintiff,

v.

    CASE NO. CV405-141

J. DON MARTIN et al.,

    Defendants.

### O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

SO ORDERED this 7th day of January, 2008.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA